ACCEPTED
06-14-00099-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/24/2015 3:31:06 PM
DEBBIE AUTREY
CLERK

NO. 6-14-00099-CV

IN THE
COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/25/2015 8:15:00 AM
DEBBIE AUTREY
Clerk

---

RICHARD PARKER,

Appellant,

VS.

JOANN PARKER NEAL,

Appellee.

---

## MOTION TO EXTEND TIME FOR FILING BRIEF OF APPELLANT

---

TO SAID HONORABLE COURT:

COMES NOW RICHARD PARKER, Appellant herein, pursuant to Rule 10, *T.R.A.P.,* and respectfully requests an extension of time to file his Brief on Appeal, and for grounds would show the following:

1.     Appellant's Brief was due on March 23, 2015.

2.     Appellant requests a one-day extension of time to file his Brief until March 24, 2015.

3.     This extension request arises from a mistake in e-filing the Brief of Appellant at late in the afternoon on March 24, 2015.  The brief was submitted into the system at eFile.TXCourts.gov.  However, the submission was not done correctly, and the mistake was not discovered until 8:00 a.m. today.  A re-submission was done correctly at 8:44

1

a.m.

4.    This is Appellant's second motion for extension of time to file in this cause.

WHEREFORE, Appellant Richard Parker respectfully requests the indulgence of the Court in granting this extension motion and for further relief.

Respectfully submitted,

/s/   Tom S. McCorkle
TOM S. McCORKLE
State Bar No. 13453000
Tefteller Law, PLLC
403 West Tyler Street
Gilmer, Texas 75644
Tel:  903.843.5678
Fax: 903.680.2310

ATTORNEY FOR APPELLANTS

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Tom S. McCorkle, known to me to be the person whose signature is set forth below, and, who being by me duly sworn on this oath, states that he is the attorney for Appellant in the above and foregoing Motion to Extend Time to File Brief of Appellant and that each and every fact, allegation and matter contained therein is within his knowledge and is true and correct.

Tom S. McCorkle
Affiant

2

SUBSCRIBED and SWORN TO before me on this 24th day of March, 2015.

Bradley W Ellison
Notary Public
State of Texas
My Comm. Exp. 7-18-2017

Notary Public in and for
The State of Texas

## CERTIFICATE OF CONFERENCE

On March 24, 2015, a telephone conference on the merits of the foregoing Motion to Extend Time to File Brief of Appellant was held by the undersigned with Lance W. Hinson, attorney for Appellee, who stated that he has no objection to the granting of said motion.

/s/ Tom S. McCorkle
Tom S. McCorkle

## CERTIFICATE OF SERVICE

A true copy of the foregoing Brief of Appellant has been served upon the attorney for Appellee by electronic mail and by placing same in the U. S. Mail, postage prepaid and addressed to Lance W. Hinson, 311 East 16th Street, Mount Pleasant, Texas 75455, on this 24th day of March, 2015.

/s/ Tom S. McCorkle
Tom S. McCorkle

3